Alejandro FLORES, Petitioner–Appellant

v.

TC OUTLAW; United States of America, Respondents–Appellees.

No. 07–40308
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Dec. 11, 2007.

Alejandro Flores, Beaumont, TX, pro se.

Before REAVLEY, BARKSDALE, and GARZA, Circuit Judges.

PER CURIAM: *

Alejandro Flores, federal prisoner # 56143–079, was convicted of two drug-related charges and one racketeering charge, and he is currently serving life in prison. Flores filed a 28 U.S.C. § 2241 petition to challenge his convictions and sentences, and the district court dismissed his petition. Flores fails to address the district court's determination that he was not entitled to proceed under § 2241. Consequently, he has failed to show any error in connection with the district court's dismissal of his petition. *See Brinkmann v. Dallas County Deputy Sheriff Abner,* 813 F.2d 744, 748 (5th Cir.1987). The

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

judgment of the district court is AF-FIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.